# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BENJAMIN D. MACMURRAY,<br><br>Plaintiff,<br><br>v.<br><br>FREDDIE WELLS, in his personal capacity, and STATE OF ALASKA,<br><br>Defendants. | Case No. 4:13-CV-0020-RRB<br><br>Order Dismissing All State Law Claims |

Defendant State of Alaska having moved for dismissal of all of Plaintiff's state-law tort claims on the basis of statutory immunity under AS 09.50.250(3) at **Docket Number 22**, Plaintiff having opposed such motion at Docket Number 26, and the Court being duly advised in the premises,

IT IS HEREBY ORDERED that the State of Alaska's Motion to Dismiss All State Law Claims is **GRANTED**. All of Plaintiff's state-law tort claims against the State of Alaska are hereby **DISMISSED** in their entirety with prejudice under the immunity granted in AS 09.50.250 and in AS 09.50.280. Defendant Freddie Wells remains the sole defendant for purposes of Plaintiff's claims under 42 U.S.C. § 1983 for constitutional violations of his right to be free from unreasonable searches and seizures, right to privacy of his person and effects, freedom of speech, and due process.

**It is so ordered.**

Dated this 13th day of March, 2014.

                                            S/RALPH R. BEISTLINE
                                            UNITED STATES DISTRICT JUDGE